IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. : |
| | : | |
| v. | : | MAGISTRATE NO.: 06-431M |
| | : | |
| ALHAJI KAMARA, | : | VIOLATIONS: |
| | : | |
| Defendant. | : | 18 U.S.C. § 2113(a) |
| | : | ( Bank Robbery) |
| | : | |

# I N F O R M A T I O N

The United States Attorney informs the Court that:

## COUNT ONE

On or about October 6, 2006, within the District of Columbia, ALHAJI KAMARA, by intimidation, force and violence, did take from the person or presence of another approximately $150 in money belonging to, and in the care, custody, control, management and possession of a financial institution, that is, the PNC Bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation.

(Bank Robbery, in violation of Title 18, United States Code, Section 2113(a)).

## COUNT TWO

On or about October 6, 2006, within the District of Columbia, ALHAJI KAMARA, by intimidation, force and violence, did take from the person or presence of another approximately $600 in money belonging to, and in the care, custody, control, management and possession of a financial

institution, that is, the Bank of America, the deposits of which were then insured by the Federal Deposit Insurance Corporation.

(Bank Robbery, in violation of Title 18, United States Code, Section 2113(a)).

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

By: _____
FREDERICK W. YETTE, #385391
Assistant United States Attorney
555 4th Street, N.W., 4th floor
Washington, D.C. 20530
(202) 353-1666
Frederick.Yette@usdoj.gov