AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

DISTRICT OF _____

FILED
NOV 1 6 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.

WAIVER OF INDICTMENT

CASE NUMBER: 06-333-RJL

I, *Alhaji Kamara*, the above named defendant, who is accused of

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on *November 16, 2006* prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
USAS-