IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
NOV 1 6 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO.: 06-333 (RJL) |
| v. | : | MAGISTRATE NO.: 06-431M |
| ALHAJI KAMARA, | : | VIOLATIONS: |
| Defendant. | : | 18 U.S.C. § 2113(a) |
| | : | ( Bank Robbery) |

## FACTUAL PROFFER
## IN SUPPORT OF GUILTY PLEA

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this statement of facts which the United States would have presented if this matter had gone to trial. The facts presented below show, beyond a reasonable doubt, that on or about October 6, 2006, ALHAJI KAMARA (the "defendant" or "KAMARA"), robbed the PNC Bank and the Bank of America.

### The PNC Bank Robbery

On October 6, 2006, at about 9:30 a.m., the defendant entered the PNC Bank, a federally insured financial institution, located at 833 7th Street, NW, Washington, D.C., and inquired about opening a bank account. After meeting with a bank employee to discuss opening an account, the defendant ended the conversation. He then went to a PNC Bank teller and presented a note to the teller that said: "I have a gun give me some money or I will kill you." The teller responded by giving the defendant $150 ( plus $80 in bait bills that was not real money). The defendant walked out of the bank and escaped.

### The Bank of America Robbery

On October 6, 2006, at about 5:32 p.m., the defendant entered the Bank of America, a federally insured financial institution, located at 635 Massachusetts Avenue, NW, Washington, D.C., and approached a bank teller. Defendant KAMARA then passed a note to the bank teller that said, "I have a gun give me some money or I will kill you." In response, the bank teller gave KAMARA approximately $600 and KAMARA left the bank.

At about 5:50 p.m., Metropolitan Police Officers stopped and detained the defendant while he was in the 200 block of K Street, NW. The defendant was formerly placed under arrest a few minutes later, after being identified by witnesses as the man who robbed the Bank of America. The defendant had $551.85 in his possession at the time of his arrest.

Later that evening, the defendant agreed to talk with police detectives. After waiving his Miranda rights, the defendant admitted that he had robbed both the PNC Bank and the Bank of America earlier on October 6th.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

By: *[signature]*

FREDERICK W. YETTE
Assistant United States Attorney
D.C. Bar No. #385391
Federal Major Crimes Section
555 4th Street, N.W., 11th Floor
Washington, D.C. 20530
(202) 353-1666
Frederick.Yette@usdoj.gov

### Defendant's Acceptance of Factual Proffer

I have read this Factual Proffer in Support of Guilty Plea and carefully reviewed every part of it with my attorney. I am fully satisfied with the legal services provided by my attorney in connection with this Factual Proffer and all matters relating to it. I fully understand this Factual Proffer and voluntarily agree to it. No threats have been made to me, nor am I under the influence of anything that could impede my ability to understand this Factual Proffer fully. No agreements, promises, understandings, or representations have been made with, to, or for me other than those set forth above.

11/16/06
Date

Alhaji Kamara

### Defense Counsel's Acknowledgment

I am Alhaji Kamara's attorney. I have reviewed every part of this Factual Proffer in Support of Guilty Plea with him. It accurately and completely sets forth the Factual Proffer agreed to by the defendant and the Office of the United States Attorney for the District of Columbia.

11/16/06
Date

Carlos Venegas, Esq.