UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Crim. No.: 06-333(RJL) |
| v. ) | |
| ALHAJI KAMARA ) | |

**DEFENDANT'S MOTION FOR A MEDICAL EXAM AND
FOR A TRANSFER TO THE CENTRAL TREATMENT FACILITY**

Alhaji Kamara, through undersigned counsel, respectfully moves the Court to Order a Medical Exam and to recommend his transfer from the Central Detention Facility (the DC Jail) to the Central Treatment Facility (CCA).

In support of the Motion, undersigned counsel states:

1.   Mr. Kamara is before the Court pending sentencing. On November 16, 2006 Mr. Kamara entered a guilty plea to one count of Bank robbery in violation of 18 U.S.C. § 2113(a). Sentencing is scheduled for February 9, 2007.

2.   Recently, it was brought to undersigned counsel's attention that Mr. Kamara has a significant history of mental health disabilities. The history includes two periods of hospitalization at St. Elizabeth's Hospital in Washington, D.C. Undersigned counsel has spoken with a mental health counselor, Edward Eller, who has an extensive history of supervising Mr. Kamara on an out patient basis. On account of his mental health status, Mr. Kamara has previously been prescribed a regimen of medication which has included Zoloft, Risperdal, and Benedryl. Probation Officer Kelly Kraemer-Soares has also confirmed this information.

3. Before speaking with Mr. Eller and Probation Officer Kraemer-Soares, undersigned counsel was unaware of Mr. Kamara's mental health history or of his hospitalizations. Recently, undersigned counsel visited Mr. Kamara and he confirmed the information provided by Mr. Eller and Ms. Kraemer-Soares regarding his mental health. The jail administration was unaware of Mr. Kamara's mental health history because prior to the instant case he had never been detained there. Furthermore, a medical alert was never requested. When he was initially processed at the jail, Mr. Kamara did provide information regarding his prescribed medication. However, the administration of the required medication has been inconsistent and Mr. Kamara has been unable to secure an appointment with a mental health expert.

4. A transfer to the Central Treatment Facility will ensure that Mr. Kamara is more quickly screened and that the required medication will be prescribed. Equally as important, the Central Treatment Facility is a more suitable environment for a person who suffers from serious mental disabilities. Mr. Kamara has been previously diagnosed with Schizophrenic Affective Disorder.

Wherefore, for the foregoing reasons, undersigned counsel respectfully requests that the Court grant the Motion to order a Medical Exam and to recommend Mr. Kamara's transfer to the Central Treatment Facility. [1]

> Respectfully submitted,
> A.J. KRAMER
> FEDERAL PUBLIC DEFENDER

---

[1] Undersigned counsel was unable to speak with the assigned prosecutor, Mr. Frederick Yette, who is out of the office today.

_____/s/_____
Carlos J. Vanegas
Assistant Federal Public Defenders
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C. 20004
(202) 208-7500

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) ) ) | |
| v. | ) ) ) | Crim. No.: 06-333(RJL) |
| **ALHAJI KAMARA** | ) ) | |

**ORDER**

Upon consideration of the Defendant's Motion for a Medical Exam and for a recommendation to transfer him to the Central Treatment Facility, it is hereby

**ORDERED** that Defendant's Motion is granted; and it is

**FURTHER ORDERED** that the Department of Corrections conduct a Physical and Mental Examination of Alhaji Kamara (DCDC No. 312 203) and that he be transferred from the Central Detention Facility to the Correctional Treatment Facility (CCA).

**SO ORDERED**

_____                                       _____
DATE                                                     RICHARD J. LEON
                                                               UNITED STATES DISTRICT JUDGE

cc: D.C. Jail Records
Gerald Bowser,
1901 D Street, S.E.
Washington, D.C. 20003
fax: (202) 673-7183

Carlos J. Vanegas
Assistant Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, D.C. 20004

Frederick Yette
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530