UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>ALHAJI KAMARA )<br>) | Crim. No.: 06-333(RJL) |

**DEFENDANT'S MOTION TO CONVERT THE SENTENCING
HEARING TO A STATUS CONFERENCE**

Defendant, Alhaji Kamara, through counsel, respectfully requests that the February 9, 2007 Sentencing Hearing be converted to a Status Conference.

As grounds for this motion, counsel for Mr. Kamara states:

1. Mr. Kamara is schedule to appear before the Court for sentencing on Friday, February 9, 2007. Mr. Kamara is to be sentenced pursuant to a guilty plea that he entered on November 16, 2006. On that date Mr. Kamara pled guilty to a Criminal Information which charged him with two counts of Bank Robbery in violation of 18 U.S.C. § 2113.

2. On February 1, 2007 Mr. Kamara requested that undersigned counsel file a motion to withdraw his guilty plea. Mr. Kamara was unequivocal in his desire to withdraw his guilty plea. Undersigned counsel has communicated the nature and substance of these matters to Assistant United States Attorney, Frederick Yette.

3. Undersigned counsel apologizes to the Court and to Government counsel for any inconvenienced occasioned by this motion.

Wherefore, Mr. Kamara respectfully requests that the scheduled Sentencing Hearing scheduled for Friday, February 9, 2007 be converted to a Status Conference.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER


_____/s/_____
Carlos J. Vanegas
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Washington, D.C. 20004
(202) 208-7500

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) ) ) ) ) ) ) ) | Crim. No.: 06-333(RJL) |
| v. |  |  |
| ALHAJI KAMARA |  |  |

**PROPOSED ORDER**

Upon consideration of the Defendant's Motion to Convert the February 9, 2007 Sentencing Hearing to a Status Conference, it is hereby

**ORDERED** that defendant's motion is granted; and it is

**SO ORDERED**

_____                                      _____
DATE                                                          RICHARD J. LEON
                                                                    UNITED STATES DISTRICT JUDGE


Carlos J. Vanegas
Assistant Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, D.C.  20004

Frederick W. Yette
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C.  20530