UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

JAN 3 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| | ) | Criminal Case No. 06-333 (RJL) |
| ALHAJI KAMARA, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER
[#12]

It is this 31st day of January, 2007, hereby

ORDERED that defendant's Motion for a Medical Exam and for a Recommendation to Transfer Him to the Central Treatment Facility is hereby GRANTED, and it is further

ORDERED that the Department of Corrections shall conduct a physical and mental examination of Alhaji Kamara (DCDC No. 312 203), and it is further

ORDERED that the Department of Corrections consider this Court's recommendation that Alhaji Kamara be transferred from the Central Detention Facility to the Correctional Treatment Facility.

SO ORDERED.

RICHARD J. LEON
United States District Judge