UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>ALHAJI KAMARA )<br>) | Crim. No.: 06-333(RJL) |

**DEFENDANT'S MOTION FOR A CRIMINAL RESPONSIBILITY EVALUATION**

Defendant, Alhaji Kamara, through undersigned counsel, respectfully requests that the Court, pursuant to 18 U.S.C. § 4242(a) order his transfer to FCI Butner, North Carolina for a criminal responsibility evaluation regarding the charged offenses of October 6, 2006.

In support of the Motion, undersigned counsel states:

1. On October 10, 2006, Mr. Kamara appeared before Magistrate Judge Deborah A. Robinson for his initial appearance. Mr. Kamara was in Magistrate Court charged in a felony complaint with one count of Bank Robbery in violation of 18 U.S.C. § 2113(a).

2. On November 16, 2006, Mr. Kamara appeared before this Court for the entry of a guilty plea. Mr. Kamara pled guilty to a criminal information charging him with two counts of Bank Robbery in violation of 18 U.S.C. § 2113(a). The Court scheduled the Sentencing hearing for February 9, 2007.

3. On February 9, 2007 Mr. Kamara appeared before the Court for a Status Conference. The Court converted the Sentencing Hearing to a Status Conference after undersigned counsel filed a Motion to Withdraw Mr. Kamara's guilty plea. During the status conference undersigned counsel

represented that Mr. Kamara has an extensive mental health history which included two periods of commitment at St. Elizabeth's Hospital in the District of Columbia. Furthermore, at the time of the charged offenses Mr. Kamara was intoxicated with illegal narcotics.

4.      So as to proceed with caution the Court indicated that it would order Mr. Kamara to Butner FCI for a criminal responsibility evaluation. Government counsel agreed that it was in the best interest of the proceedings to have Mr. Kamara evaluated.

5.      Undersigned counsel apologizes to the Court and government counsel for the late filing of the instant motion and order that the Court requested. Undersigned counsel inadvertently and without excuse forgot to file the motion and proposed order.

Wherefore, for the foregoing reasons, Mr. Kamara respectfully requests that the Court order Mr. Kamara to be transferred to FCI Butner for a criminal responsibility evaluation regarding the charged events that took place on October 6, 2006.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
Carlos J. Vanegas
Assistant Federal Public Defender
625 Indiana Ave., N.W., Ste. 550
Washington, D.C. 20004

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>)<br>v. )<br>)<br>**ALHAJI KAMARA** )<br>) | Crim. No.: 06-333(RJL) |

## PROPOSED ORDER

Upon consideration of the defendant's Motion for a transfer to FCI Butner, North Carolina for a Criminal Responsibility evaluation pursuant to 18 U.S.C. § 4242(a), it is hereby

**ORDERED** that defendant's motion is granted; and it is

**FURTHER ORDERED** that the Defendant Alhaji Kamara be evaluated for criminal responsibility in reference to the charged offenses of October 6, 2006.

**SO ORDERED.**

_____
RICHARD J. LEON
UNITED STATES DISTRICT JUDGE

_____
DATE

United States Marshals Service
United States Federal Courthouse
333 Constitution Ave., NW
Washington, D.C.

Carlos J. Vanegas
Assistant Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, D.C. 20004

Frederick Yette
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530