UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>ALHAJI KAMARA )<br>) | Crim. No.: 06-333(RJL) |

### MOTION TO RESCHEDULE THE STATUS CONFERENCE

Defendant, Alhaji Kamara, through undersigned counsel, respectfully requests that the Status Conference scheduled for Friday, June 1, 2007 be rescheduled for a date in late June 2007 or early July 2007.

In support of this motion, counsel for Mr. Kamara states:

1. Mr. Kamara is before the Court pending sentencing. On November 16, 2006 Mr. Kamara pled guilty to a Criminal Information which charged him with two counts of Bank Robbery in violation of 18 U.S.C. § 2113. Mr. Kamara was originally scheduled to be sentenced on Friday, February 16, 2007.

2. The Sentencing Hearing was continued after undersigned counsel filed a Motion to Convert the Sentencing Hearing to a Status Conference. The request to postpone the sentencing hearing was premised on Mr. Kamara's extensive mental health history and his request to withdraw his guilty plea.

3. Based on the representations of undersigned counsel, the Court indicated its willingness to have Mr. Kamara evaluated for criminal responsibility. Undersigned counsel

1

accepted the Court's proposal. The Court scheduled a Status Conference for June 1, 2007. Because undersigned counsel filed the Motion for Mr. Kamara's evaluation for criminal responsibility later than expected, the date of June 1, 2007 will not provide sufficient time for the evaluation and for the physicians to submit a report.

    Wherefore, undersigned counsel, requests that the Court reschedule the Status Conference to a date in the last week of June, 2007 or in early July 2007. Government counsel, is aware of the instant motion and he does not oppose the request.

Respectfully submitted,
A.J. KRAMER
FEDERAL PUBLIC DEFENDER


_____/s/_____
Carlos J. Vanegas
Assistant Federal Public Defenders
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C. 20004
(202) 208-7500

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) ) ) ) |
| v. | ) Crim. No.: 06-333(RJL) ) |
| ALHAJI KAMARA | ) ) ) ) |

**PROPOSED ORDER**

Upon consideration of the Defendant's Motion to Reschedule the Status Conference of June, 1, 2007 to a date in the last week of June 2007 or in early July 2007, it is hereby

**ORDERED** that defendant's motion is granted; and it is

**FURTHERED ORDERED** that the Status Conference is hereby scheduled for the _____ day of_____2007 at _____.

**SO ORDERED**

_____
DATE

_____
RICHARD J. LEON
UNITED STATES DISTRICT JUDGE

Carlos J. Vanegas
Assistant Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, D.C.  20004

Frederick W. Yette
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C.  20530