UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
MAR 2 - 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) |
| | ) Criminal Case No. 06-333 (RJL) |
| ALHAJI KAMARA, | ) |
| | ) |
| Defendant. | ) |

ORDER
[#17]

It is this 1st day of ~~February~~ March, 2007, hereby

ORDERED that defendant's Motion for a Criminal Responsibility Evaluation is hereby GRANTED, and it is further

ORDERED that the Department of Corrections consider this Court's recommendation that Alhaji Kamara be transferred to FCI Butner, North Carolina, and it is further

ORDERED that the Department of Corrections shall conduct a criminal responsibility evaluation of Alhaji Kamara (DCDC No. 312 203) in reference to the charged offenses of October 6, 2006.

SO ORDERED.

RICHARD J. LEON
United States District Judge