UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>ALHAJI KAMARA )<br>) | Crim. No.: 06-333(RJL) |

**DEFENDANT'S MOTION TO AMEND
CRIMINAL RESPONSIBILITY EVALUATION ORDER**

Alhaji Kamara, through undersigned counsel, respectfully moves the Court to amend the order for Mr. Kamara's medical evaluation for criminal responsibility in reference to charged offenses of October 6, 2006.

In support of the Motion, undersigned counsel states:

1. Mr. Kamara is before the Court pending sentencing. On November 16, 2006, Mr. Kamara pled guilty to a Criminal Information which charged him with two counts of Bank Robbery in violation of 18 U.S.C. § 2113.

2. On February 9, 2007, Mr. Kamara appeared before the Court for a Status Conference. Based on undersigned counsel's representations regarding Mr. Kamara's significant mental health history, the Court agreed to have Mr. Kamara evaluated for criminal responsibility in referenced to the charged offenses of October 6, 2006.

3. On March 2, 2007, the Court signed an order granting Mr. Kamara's Motion for a Criminal Responsibility Evaluation. The Court also recommended that Mr. Kamara be transferred to FCI Butner, North Carolina. The Court further order that the Department of

Corrections conduct the criminal responsibility evaluation of Mr. Kamara.

4. Today, March 6, 2007 undersigned counsel received a telephone call from Mr. Felizardo Augustine regarding the order for Mr. Kamara's evaluation. Mr. Augustine works with the Bureau of Prison Medical Designation unit. Mr. Augustine requested clarification regarding where Mr. Kamara's criminal responsibility evaluation should take place. The confusion is based on the recommendation for Mr. Kamara's transfer to FCI Butner and the final paragraph of the order which states that the Department of Corrections "shall conduct" the criminal responsibility evaluation.

5. Undersigned Counsel requests that the Court designate the Bureau of Prison to conduct the criminal responsibility evaluation. This amendment will be consistent with the Court's recommendation for Mr. Kamara's transfer to Butner, FCI.

Wherefore, for the foregoing reasons, Mr. Kamara respectfully requests that the Court amend the criminal responsibility evaluation order by designating the Bureau of Prison to conduct the evaluation.

    Respectfully submitted,
    A.J. KRAMER
    FEDERAL PUBLIC DEFENDER


    _____/s/_____
    Carlos J. Vanegas
    Assistant Federal Public Defender
    625 Indiana Avenue, N.W.
    Washington, D.C. 20004
    (202) 208-7500

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) </br> ) </br> v. ) </br> ) </br> ALHAJI KAMARA ) | Crim. No.: 06-333(RJL) |

## PROPOSED ORDER

Upon consideration of the defendant's Motion to Amend the Criminal Responsibility Evaluation Order, it is hereby

**ORDERED** that defendant's motion is granted; and it is

**FURTHER ORDERED** that the Bureau of Prison shall conduct a criminal responsibility evaluation of Alhaji Kamara in reference to the charged offenses of October 6, 2006.

**SO ORDERED**

_____
RICHARD J. LEON
UNITED STATES DISTRICT JUDGE

_____
DATE

United States Marshals Service
United States Federal Courthouse
333 Constitution Ave., NW
Washington, D.C.

Carlos J. Vanegas
Assistant Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, D.C. 20004

Frederick Yette
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530