

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

MAR 7 - 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) ) ) ) | Crim. No.: 06-333(RJL) |
| v. ) ) | |
| ALHAJI KAMARA ) ) ) | |

### PROPOSED ORDER

Upon consideration of the defendant's Motion to Amend the Criminal Responsibility Evaluation Order, it is hereby

**ORDERED** that defendant's motion is granted; and it is

**FURTHER ORDERED** that the Bureau of Prison shall conduct a criminal responsibility evaluation of Alhaji Kamara in reference to the charged offenses of October 6, 2006.

SO ORDERED

3/6/07
DATE

RICHARD J. LEON
UNITED STATES DISTRICT JUDGE

United States Marshals Service
United States Federal Courthouse
333 Constitution Ave., NW
Washington, D.C.

Carlos J. Vanegas
Assistant Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, D.C. 20004

Frederick Yette
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530