IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.: 06-333-01 (RJL)** |
| | : | |
| v. | : | |
| | : | |
| **ALHAJI KAMARA,** | : | |
| | : | |
| Defendant. | : | |
| | : | |
| | : | |

**GOVERNMENT'S MEMORANDUM IN AID OF SENTENCING**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully files this memorandum to aid the Court in its sentencing decision. For the reasons explained below, the government urges the Court to impose a sentence that falls within the guideline sentencing range of 46 to 57 months recommended by the Presentence Report.

On October 6, 2006, at about 9:30 am, the defendant passed a note to a teller at a PNC Bank in the District of Columbia, which said: "I have a gun give me some money or I will kill you." The teller gave the defendant $150 ( plus $80 in bait bills that was not real money), and he escaped. That same day, at about 5:32 pm, the defendant passed a similar note to a teller at a Bank of America branch in the District. This time the defendant was given almost $600 and he escaped. A short time later, however, the defendant was captured with $551.85 in his possession. After his arrest, the defendant provided a videotaped confession to the police.

The Presentence Report has determined that the defendant's sentencing guideline range is 46 to 57 months incarceration, and the government and defendant agree that this is the correct sentencing range. The defendant has filed a Memorandum in Aid of Sentencing in which he

requests a sentence of 46 months incarceration. The government agrees that a sentence of at least 46 months is appropriate in this case. In addition, the defendant should be ordered to make restitution to PNC Bank in the amount of $150.

The defendant has a long history of arrests and convictions for offenses involving stealing and assaultive behavior. The bank robberies at issue here included threats to kill the bank tellers the defendant approached. Thus, in accordance with the sentencing factors described in 18 USC § 3553, the defendant's sentence should reflect the seriousness of making threats to kill fellow human beings. Moreover, the defendant's repeated assaultive behavior and willingness to steal from others demands that he be incarcerated for a significant time period to protect the public and deter him from committing additional violent acts. The defendant may also be in need of medical care, and the government supports the recommendations made by the defense for residential drug treatment and other appropriate care, to the extent such medical care is possible.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

By: _____
Frederick Yette, DC Bar # 385391
Assistant U.S. Attorney
Federal Major Crimes Section
555 4th Street, N.W.
Washington, D.C. 20530
(202) 353-1666
Frederick.Yette@usdoj.gov