FEB-05-2007  09:58         3539414                                    3539414    P.02/03

**HONORABLE RICHARD J. LEON, UNITED STATES DISTRICT JUDGE**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

FILED
NOV 2 - 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| UNITED STATES OF AMERICA | : | Docket No.: <u>06-333-01</u> |
|---|---|---|
| vs. | : | SSN: <u>N/A</u> |
| KAMARA, Alhaji | : | Disclosure Date: <u>January 4, 2007</u> |

### RECEIPT AND ACKNOWLEDGMENT OF
### PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

**For the Government**

(CHECK APPROPRIATE BOX)

( )   There are no material/factual inaccuracies therein.

(X)   There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____           _____2/2/07_____
Prosecuting Attorney                                        Date

**For the Defendant**

(CHECK APPROPRIATE BOX)

( )   There are no material/factual inaccuracies therein.

( )   There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____           _____
Defendant            Date                        Defense Counsel            Date

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32.2, those executing this form shall first submit any material inaccuracies or disputes in writing by <u>January 18, 2007</u>, to U.S. Probation Officer <u>Kelli Kraemer-Soares</u>, telephone number <u>(202) 565-1353</u>, fax number <u>(202) 273-0242</u>.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**
By: Gennine A. Hagar, Acting Chief
United States Probation Officer

FEB-05-2007  09:58            3539414                         3539414    P.03/03

**Receipt and Acknowledgment**                                          Page 2

paragraphs 10 & 88 - the total loss to PNC Bank is $150. The defendant received $150 in currency plus $80 in bait money that is not real.

Signed by: _____
(Defendant/Defense Attorney/AUSA)

Date: 2/2/07

TOTAL P.03

FEB-05-2007  09:58          3539414                    3539414    P.01/03



U.S. Department of Justice
United States Attorney
District of Columbia

*Judiciary Center*
*555 Fourth St. N.W.*
*Washington, D.C. 20530*

# USAO-DC
# FAX
Cover

To:      Kelly Kraemer-Soares          From:   Fred Yette

Fax:     273-0242  0193                Phone:  353-1666

Date:    February 5, 2007

Re:      R&A for Kamara

Page(s): 3 including cover

COMMENTS:

## U.S. ATTORNEY FACSIMILE COMMUNICATION

**WARNING:** *Information attached to this cover sheet is U.S. Government Property. If you are not the intended recipient of this information, disclosure, reproduction, distribution, or use of this information is prohibited. Please notify the originator immediately to arrange for proper disposition.*